UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FREDDIE LAMONT HARRIS,

      Petitioner,                                         Case No. 2:10-CV-298

v.                                                        HON. ROBERT HOLMES BELL

ROBERT NAPEL,

      Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On January 10, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Petitioner Freddie Lamont Harris's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. No. 22, R&R.) Petitioner was granted an enlargement of time until February 21, 2014, to file objections. To date, no objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's January 10, 2014, R&R (Dkt. No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Date:     March 6, 2014              /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE